B066

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

XIAODONG ZHANG

Criminal No. 20-311

(18 U.S.C. §§ 1341 and 641)

FILED
OCT 06 2020
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

INDICTMENT

The grand jury charges:

1. At all times material to this indictment, that is, during the period in and around June of 2015 through in and around November of 2016, Defendant XIAODONG ZHANG owned and operated from his home, in Cheswick, PA, in the Western District of Pennsylvania, a business named A-Jazz, that was engaged in selling items under the broad heading of cellular telephone accessories or small electronic devices (screen protectors, cell phone cases/covers, Bluetooth headsets, a computer mouse, etc.);

2. The business operated by Defendant XIAODONG ZHANG was conducted using the internet on websites known as Amazon and eBay. Defendant XIAODONG ZHANG received orders for various items of merchandise through these internet sites and fulfilled the orders by mailing the items purchased online to the customers using small packages / parcels that he prepared, placed postage on and sent through the United States Mail;

3. In sending the packages to his customers through the United States Mail, Defendant XIAODONG ZHANG used different classes of service for the various parcels he mailed. The different classes of service cost different amounts, depending on a number of factors including the weight of the parcel and the destination of the parcel (that is, how far did it have to travel);

4. As a part of his business, Defendant XIAODONG ZHANG had what is called a postage meter online account, that was accessible to him on his computer at his business location, through a company known as endicia.com. Endicia.com contracts with the United States Postal Service to be able to offer a service to merchants that allows them to print postage from their own computers;

5. When a merchant like Defendant XIAODONG ZHANG prepared his own postage labels to put on the packages he was sending to his customers using endicia.com, ZHANG chose what class of service he wanted for each package / parcel and therefore what kind of label printed out using his own computer. As indicated, the price of the postage varied depending on the class of service so the price Defendant XIAODONG ZHANG paid for each parcel depended on information he entered into his computer regarding that particular parcel;

6. During the period set forth in paragraph 1 above, Defendant XIAODONG ZHANG sent the overwhelming majority of the parcels he mailed using either First Class postage or what is called Parcel Select Lightweight. First Class postage was the more expensive way to send the small parcels but it offered the advantage of getting the parcel to the customer faster. First Class postage also offered forwarding service to a new address for up to 12 months and return service if the mail piece/parcel was undeliverable.

COUNTS ONE THROUGH TEN

THE SCHEME TO DEFRAUD

7. The assertions and allegations of paragraphs one through six above are hereby realleged and incorporated herein by reference thereto as though fully set forth herein;

8. From in and around June 2015, and continuing thereafter until in and around November 2016, in the Western District of Pennsylvania and elsewhere, Defendant XIAODONG ZHANG, owner of A-Jazz, devised and intended to devise a scheme and artifice to defraud the United States Postal Service for obtaining money and property by means of false and fraudulent pretenses, representations and promises well knowing at the time that the pretenses, representations and promises were false and fraudulent when made, which scheme and artifice to defraud, was in substance as follows:

9. It was part of the scheme to defraud that Defendant XIAODONG ZHANG, in his capacity as owner of A-Jazz, did knowingly manipulate and falsify the postage labels that he put on the packages to be mailed to the customers who purchased the goods he sold;

10. It was further a part of the scheme to defraud that the postage labels which Defendant XIAODONG ZHANG used were falsified in a number of different ways, including but not limited to the following:

a. On the type of postage labels prepared and used by Defendant XIAODONG ZHANG, in the upper right hand corner of the label there is what could be described as a dark square that appears to be divided into four smaller squares; this "square" is called the Quick Response Code or QRC; this QRC contains digitally stored information, similar to a bar code, that can be read by a scanner used by the USPS. A scan of the QRC discloses the date of purchase,

the class of service for the parcel, the price of the postage for the particular parcel the label is attached to, the tracking number of the parcel, the zip code from which the parcel is being sent and the zip code of the destination of the parcel. On the immediate right of the QRC are the words "endicia.com". This QR Code was falsified on labels produced and used by Defendant XIAODONG ZHANG in that they often contained the wrong information in each of the categories listed above (i.e. date of purchase, class of service, price for mailing the parcel in question, etc.);

b. On the type of postage labels prepared and used by Defendant XIAODONG ZHANG in the upper left hand corner there was a letter designation that by use of a single letter indicated the class of mail service. For example "F" indicted that the parcel was being sent First Class. On the postage labels produced and used by Defendant XIAODONG ZHANG this letter designation was often falsified in that the letter did not actually match the class of service the defendant selected and paid for;

c. On the type of postage labels prepared and used by Defendant XIAODONG ZHANG there was a description of the class of service for the package / parcel that existed in printed form using common words, just below the area where the QR Code and the letter designation were. For example the words "USPS FIRST CLASS" often appeared on package labels prepared and used by Defendant XIAODONG ZHANG. This word designation was frequently falsified on the postage labels prepared and used by Defendant XIAODONG ZHANG in that it identified a class of postage that was different than what was actually selected and paid for by the defendant;

d. At the very top in the center of the type of postage labels prepared and used by Defendant XIAODONG ZHANG there was a description of the class of service and other

information for the parcel in question under the words "US POSTAGE AND FEES PAID." That information on the parcels prepared by the defendant was frequently falsified in one or more of its particulars (Class of service, date of purchase, originating zip code, etc.);

e. On the type of postage labels prepared and used by Defendant XIAODONG ZHANG there was a section toward the bottom of the label that contained a readable tracking number, that is, one that consisted of twenty two ordinary numbers (3, 4, 7, 8 and so on) and could be inspected and read visually by anyone familiar with ordinary numbers. At this location on the label there was also what is commonly called a bar code which contained digitally stored information and when scanned also identified the twenty two digit tracking number. On many of the labels produced and used by Defendant XIAODONG ZHANG the readable tracking number was falsified and indicated a higher level of postage service than had actually been paid for.

11. It was also a part of the scheme to defraud that Defendant XIAODONG ZHANG, throughout the period June 2015 through November 2016, prepared and mailed dozens, if not hundreds, of parcels / packages per day. He delivered these parcels to his local post office located at Indianola, PA, 15051, using small white bins, also called "hods", and he gave to the USPS employee at the Post Office facility a document called a "manifest" that purported to contain all the necessary information pertaining to the many parcels he was delivering to be mailed to his ultimate customers. It was further a part of the scheme to defraud that as a result of Defendant XIAODONG ZHANG's actions the United States Postal Service was defrauded of more than $50,000 worth of postage.

12. On or about the various dates listed below, each separate date constituting a separate count, in the Western District of Pennsylvania and elsewhere, the defendant, XIAODONG

ZHANG, for the purpose of executing and attempting to execute the aforesaid scheme and artifice to defraud and to obtain money or property by means of false and fraudulent pretenses and representations, knowingly placed in an authorized depository for mail, to be sent and delivered by the United States Postal Service, the following mail matter:

**Count One** -- On or about April 25, 2016, a parcel marked as a First Class Package mailed to an individual known to the grand jury as SWJ at a street address in Baton Rouge, LA;

**Count Two** -- On or about April 26, 2016, a parcel marked as a First Class Package mailed to an individual known to the grand jury as ML at a street address in Idaho Falls, ID;

**Count Three** -- On or about April 27, 2016, a parcel marked as a First Class Package mailed to an individual known to the grand jury as WEG at a street address in Randallstown, MD;

**Count Four** -- On or about April 28, 2016, a parcel marked as a First Class Package mailed to an individual known to the grand jury as JTS at a street address in New Braunfels, TX;

**Count Five** -- On or about April 29, 2016, a parcel marked as a First Class Package mailed to an individual known to the grand jury as DMS at a street address in Bear, DE;

**Count Six** -- On or about August 8, 2016, a parcel marked as a First Class Package mailed to an individual known to the grand jury as AR at a street address in Bay City, MI;

**Count Seven** -- On or about August 9, 2016, a parcel marked as a First Class Package mailed to an individual known to the grand jury as MT at a street address in Cerritos, CA;

**Count Eight** -- On or about August 10, 2016, a parcel marked as a First Class Package mailed to an individual known to the grand jury as JR, Jr., at a street address in Brownsville, TN;

**Count Nine** -- On or about August 11, 2016, a parcel marked as a First Class Package mailed to an individual known to the grand jury as RD at a street address in Colorado Springs, CO;

**Count Ten** -- On or about August 12, 2016, a parcel marked as a First Class Package mailed to an individual known to the grand jury as JV at a street address in Hollywood, FL;

All in violation of Title 18, United States Code, Section 1341.

**COUNT ELEVEN**

The grand jury further charges:

13. The assertions and allegations of paragraphs one through twelve above are hereby realleged and incorporated herein by reference thereto as though fully set forth herein;

14. From on or about April 25, 2016, to on or about April 29, 2016, in the Western District of Pennsylvania, the defendant, XIAODONG ZHANG, willfully and knowingly did steal and purloin postage, of a value exceeding $1,000, of the goods and property of the United States Postal Service.

All in violation of Title 18, United States Code, Section 641.

**COUNT TWELVE**

The grand jury further charges:

15. The assertions and allegations of paragraphs one through fourteen above are hereby realleged and incorporated herein by reference thereto as though fully set forth herein;

16. From on or about August 8, 2016, to on or about August 12, 2016, in the Western District of Pennsylvania, the defendant, XIAODONG ZHANG, willfully and knowingly did steal and purloin postage, of a value exceeding $1,000, of the goods and property of the United States Postal Service.

All in violation of Title 18, United States Code, Section 641.

A True Bill,

Christine L. Huff
Foreperson

SCOTT W. BRADY
United States Attorney
PA ID No. 88352