IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

XIAODONG ZHANG

Criminal No. 20-311

ARRAIGNMENT PLEA

Defendant XIAODONG ZHANG

being arraigned, pleads ____________________

in open Court this ______________ day of

_________________ , 20 __________________

_________________________________________
(Defendant's Signature)

_________________________________________
(Attorney for Defendant)