CR 20-311

# CRIMINAL CASE INFORMATION SHEET

Pittsburgh __X__ Erie _____ Johnstown _____

Related to No. __________ Judge __________
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. __X__ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

Defendant's name: Xiaodong Zhang

Is indictment waived: ____ Yes __X__ No

Pretrial Diversion: ____ Yes __X__ No

Juvenile proceeding: ____ Yes __X__ No

Defendant is: __X__ Male ____ Female

Superseding indictment or information ____ Yes __X__ No

Previous case number: __________

If superseding, previous case was/will be:

______ Dismissed on defendant's motion
______ Dismissed on governments' motion
______ After appellate action
______ Other (explain)

County in which first offense cited occurred: Allegheny

Previous proceedings before Magistrate Judge: __________

Case No.: __________

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date continuous U.S. custody began: ____________________

Defendant: ____ is in custody    X is not in custody

Name of Institution: ____________________

Custody is on: ____ this charge    ____ another charge

____ another conviction

____ State    ____ Federal

Detainer filed: ____ yes    ____ no

Date detainer filed: ____________________

Total defendants: 1

Total counts: 5

Data below applies to defendant No.: 1

Defendant's name: Xiaodong Zhang

SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1-10 | 18 U.S.C. § 1341 | Mail Fraud | X | |
| 11-12 | 18 U.S.C. § 641 | Theft of Government Property | X | |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: OCT 06 2020

*/s/ James R. Wilson*
JAMES R. WILSON
Assistant U.S. Attorney
PA ID No. 276489