**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 2:20-cr-311 |
| v. | ) | Judge J. Nicholas Ranjan |
| XIAODONG ZHANG, | ) | |
| Defendant. | ) | |

**VERDICT**[1]

This case was tried before the undersigned judge in a non-jury trial on January 23-24, 2023. After careful consideration of the testimony presented (including the assessment of the credibility of the witnesses), the exhibits admitted, a further review of the written transcript of the trial, and the law, the Court finds as follows.

1. As to Counts 1, 2, 3, 4, 5, and 11 of the indictment, the Court finds Defendant Xiaodong Zhang **GUILTY.**

2. As to Counts 6, 7, 8, 9, 10, and 12 of the indictment, the Court finds Defendant Xiaodong Zhang **NOT GUILTY.**

Honorable J. Nicholas Ranjan

2/13/2023
Date

[1] At the conclusion of the trial, the parties expressly waived their right to request special findings of fact under Federal Rule of Criminal Procedure 23(c).